IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| SHADRICK AMONS § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 1:21-CV-00129 |
| LIFE INSURANCE COMPANY OF § | JUDGE MICHAEL J. TRUNCALE |
| NORTH AMERICA, EXXONMOBIL § | |
| CORPORATION and § | |
| ADMINISTRATOR – BENEFITS, § | |
| EXXONMOBIL CORPORATION § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice. [Dkt. 23]. The Plaintiff moves for a dismissal with prejudice as to any and all claims against Administrator Benefits, Exxon Mobil Corporation, Exxon Mobil Corporation, and Life Insurance Company of North America.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorneys' fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby vacated, and that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 20th day of July, 2022.

Michael J. Truncale
United States District Judge